IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**RANDALL LAY,**

    Petitioner,

vs.                                     Case No. 3:14cv625-MCR/CAS

**SECRETARY, Florida Department
 of Corrections,**

    Respondent.

_____/

## ORDER

    This cause comes on for consideration upon the magistrate judge's Report and Recommendation (Doc. 15). The Plaintiff has previously been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections. Pursuant to Title 28, United States Code, Section 636(b)(1), I have made a <u>de novo</u> determination of those portions to which an objection has been made.

    Having considered the Report and Recommendation and all objections thereto timely filed by the parties, I have determined that the Report and Recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

    2.    Respondent's motion to dismiss (Doc. 11) is **GRANTED**, and the § 2254 petition for writ of habeas corpus (Doc. 1) is **DISMISSED**.

    3.    A certificate of appealability is **DENIED**, and leave to appeal in forma pauperis is also **DENIED**.

**DONE AND ORDERED** this 27th day of July, 2015.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**